PROB 12C
(7/93)

Report Date: June 10, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 6 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alejandro Arellano                Case Number: 0980 2:13CR02092-LRS-24

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft from a Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) | | |
| Original Sentence: | Probation 36 Months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 20, 2014 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: | March 19, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. |
| | **Supporting Evidence**: Mr. Arellano has failed to make regular payments towards his restitution as directed on June 10, 2015. |
| | On March 26, 2014, Mr. Arellano signed a restitution payment agreement to pay $50 per month starting May 2014. Mr. Arellano has been inconsistent with his payments and is now $350 in arrears. His last payment was on March 27, 2015. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| | **Supporting Evidence**: Mr. Arellano has failed to submit his monthly report form as directed within the first 5 days for the month of June; as of June 10, 2015. |

3        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Arellano failed to provide proof of employment to his probation officer as directed; as of June 10, 2015.

On May 8, 2015, Mr. Arellano reported working for Lino Velasquez doing a roofing job. Mr. Arellano agreed to provide proof of this employment before the end of this same date. Mr. Arellano failed to provide proof he worked for Lino Velasquez as of June 10, 2015.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 10, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/16/15

Date